1  MELINDA HAAG (CABN 132612)
   United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-00630 SBA |
| Plaintiff, ) | |
| v. ) | PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| JAMES JACQUOT REESOR, ) | |
| Defendant. ) | OAKLAND VENUE |

TO:  The Honorable Laurel Beeler, United States Magistrate Judge of the United States District Court for the Northern District of California:

Special Assistant United States Attorney John D. Cooke respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, JAMES JACQUOT REESOR, whose place of custody and jailor are set forth in the requested Writ,

//

PETITION AND [PROPOSED] ORDER
FOR AND WRIT OF HABEAS CORPUS
AD PROSEQUENDUM
CR-10-00630 SBA

1  attached hereto.  The prisoner is required as the defendant in the above-entitled matter in this
2  Court, and therefore petitioner prays that this Court issue the Writ as presented.
3
4  Dated: September 7, 2010                              Respectfully submitted,
5                                                       MELINDA HAAG
                                                        United States Attorney
6
                                                         *John Cooke*
7                                                       JOHN D. COOKE
                                                        Special Assistant United States Attorney
8

PETITION AND [PROPOSED] ORDER
FOR AND WRIT OF HABEAS CORPUS
AD PROSEQUENDUM
CR-10-00630 SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-00630 SBA |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| JAMES JACQUOT REESOR, | ) | |
| Defendant. | ) | |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant, JAMES JACQUOT REESOR, before the Hon. Donna M. Ryu, United States Magistrate Judge, at 10:00 a.m. on Monday, September 13, 2010, or as soon thereafter as practicable, is granted, and the Writ shall be issued as presented.

DATED: September 3, 2010

_____
LAUREL BEELER
United States Magistrate Judge

PETITION AND [PROPOSED] ORDER
FOR AND WRIT OF HABEAS CORPUS
AD PROSEQUENDUM
CR-10-00630 SBA