MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOHN D. COOKE (CABN 233267)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: John.Cooke@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-00630 SBA |
| ) | |
| v. ) | ORDER EXCLUDING TIME FROM SEPTEMBER 13, 2010 TO SEPTEMBER 16, 2010 FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(h)(7)(A) and (B)) |
| ) | |
| JAMES JACQUOT REESOR, ) | |
| ) | |
| Defendant. ) | |
| ) | |

      Defendant James Jacquot Reesor ("Defendant") made his initial appearance on the indictment before the Court and was arraigned on September 13, 2010. At that time counsel for the defendant indicated he would need time both to review discovery materials and to meet with his client. The Court set an appearance date of September 16, 2010. The Court then ordered that time should be excluded from the Speedy Trial Act calculation from September 13, 2010 through September 16, 2010, for effective preparation of defense counsel. With the agreement of the parties, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B), from September 13, 2010 through September 16, 2010.

///

///

No. CR-10-00630 SBA
Order Excluding Time

The parties agreed, and the Court found and held, as follows:

1.      The parties agreed to the exclusion of time under the Speedy Trial Act so that defense counsel would have time to meet with his client and to review discovery, taking into account the exercise of due diligence.

2.      Given these circumstances, the Court found that the ends of justice served by excluding the period from September 13, 2010 to September 16, 2010 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing time for the defense effectively to prepare the case, in accordance with 18 U.S.C. §§ 3161(h)(7)(A) and (B).

3.      Accordingly, with the consent of the defendant's attorney, the Court ordered that the period from September 13, 2010 to September 16, 2010 be excluded from Speedy Trial Act calculations, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

DATED: 9/13/10

HON. DONNA M. RYU
United States Magistrate Judge

No. CR-10-00630 SBA
Order Excluding Time