1 | MELINDA HAAG (CABN 132612)
United States Attorney

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | JOHN D. COOKE (CABN 233267)
Special Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3680
Fax: (510) 637-3724
E-Mail: John.Cooke@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-10-00630 SBA |
|---|---|---|
| v. | ) | [PROPOSED] ORDER EXCLUDING TIME FROM SEPTEMBER 16, 2010 TO SEPTEMBER 28, 2010 FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(h)(7)(A) and (B)) |
| JAMES JACQUOT REESOR, | ) | |
| Defendant. | ) | |

Defendant James Jacquot Reesor ("Defendant") appeared before the Court for status regarding detention on September 16, 2010. At that time counsel for the defendant indicated she would need time to review discovery materials, to meet with her client, and to investigate issues regarding detention. The Court found good cause to continue the status hearing regarding detention and set an appearance date of September 28, 2010 for further status regarding detention. The Court then ordered that time should be excluded from the Speedy Trial Act calculation from September 16, 2010 through September 28, 2010, for effective preparation of defense counsel. With the agreement of the parties, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B), from September 16, 2010 through September 28, 2010.

No. CR-10-00630 SBA
[Proposed] Order Excluding Time

1   The parties agreed, and the Court found and held, as follows:

2   1.   The parties agreed to the exclusion of time under the Speedy Trial Act so that defense counsel would have time to meet with her client, to review discovery, and to investigate issues regarding detention, taking into account the exercise of due diligence.

    2.   Given these circumstances, the Court found that the ends of justice served by excluding the period from September 16, 2010 to September 28, 2010 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing time for the defense effectively to prepare the case, in accordance with 18 U.S.C. §§ 3161(h)(7)(A) and (B).

    3.   Accordingly, with the consent of the defendant's attorney, the Court ordered that the period from September 16, 2010 to September 28, 2010 be excluded from Speedy Trial Act calculations, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

    IT IS SO ORDERED.

DATED: September 16, 2010

LAUREL BEELER
United States Magistrate Judge

No. CR-10-00630 SBA
[Proposed] Order Excluding Time