MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOHN D. COOKE (CABN 233267)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: John.Cooke@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-00630 SBA |
| ) | |
| v. ) | ORDER EXCLUDING TIME FROM OCTOBER 12, 2010 TO OCTOBER 20, 2010 FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(h)(7)(A) and (B)) |
| ) | |
| JAMES JACQUOT REESOR, ) | |
| ) | |
| Defendant. ) | |
| ) | |

     Defendant James Jacquot Reesor ("Defendant") appeared before the Court for status on October 12, 2010. At that time counsel for the defendant indicated she would need time to review discovery materials and to investigate the case. The Court found good cause to continue the status hearing and set an appearance date of October 20, 2010 for further status. The Court then ordered that time should be excluded from the Speedy Trial Act calculation from October 12, 2010 through October 20, 2010, for effective preparation of defense counsel. With the agreement of the parties, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B), from October 12, 2010 through October 20, 2010.

///

1    The parties agreed, and the Court found and held, as follows:

2    1.    The parties agreed to the exclusion of time under the Speedy Trial Act so that
3    defense counsel would have time to review discovery and to investigate the case, taking into
4    account the exercise of due diligence.

5    2.    Given these circumstances, the Court found that the ends of justice served by
6    excluding the period from October 12, 2010 to October 20, 2010 from Speedy Trial Act
7    calculations outweighs the interests of the public and the defendant in a speedy trial by allowing
8    time for the defense effectively to prepare the case, in accordance with 18 U.S.C. §§
9    3161(h)(7)(A) and (B).

10   3.    Accordingly, with the consent of the defendant's attorney, the Court ordered that
11   the period from October 12, 2010 to October 20, 2010 be excluded from Speedy Trial Act
12   calculations, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

14   IT IS SO ORDERED.

16   DATED:  10/13/2010

     HON. DONNA M. RYU
17   United States Magistrate Judge