MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Criminal Chief

JOHN D. COOKE (CABN 233267)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: John.Cooke@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-00630 SBA |
| | ) | |
| v. | ) | ORDER EXCLUDING TIME FROM OCTOBER 20, 2010 TO NOVEMBER 16, 2010 FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(h)(7)(A) and (B)) |
| JAMES JACQUOT REESOR, | ) | |
| Defendant. | ) | |
| | ) | |

     Defendant James Jacquot Reesor ("Defendant") appeared before the Court for status on October 20, 2010. At that time counsel for the defendant indicated she would need time to review discovery materials and to investigate the case. The Court found good cause to continue the status hearing and set an appearance date of November 16, 2010 for status and trial setting before the Honorable Saundra B. Armstrong. The Court then ordered that time should be excluded from the Speedy Trial Act calculation from October 20, 2010 through November 16, 2010, for effective preparation of defense counsel. With the agreement of the parties, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B), from October 20, 2010 through November 16, 2010.

///

No. CR-10-00630 SBA
Order Excluding Time

The parties agreed, and the Court found and held, as follows:

1. The parties agreed to the exclusion of time under the Speedy Trial Act so that defense counsel would have time to review discovery and to investigate the case, taking into account the exercise of due diligence.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from October 20, 2010 to November 16, 2010 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing time for the defense effectively to prepare the case, in accordance with 18 U.S.C. §§ 3161(h)(7)(A) and (B).

3. Accordingly, with the consent of the defendant's attorney, the Court ordered that the period from October 20, 2010 to November 16, 2010 be excluded from Speedy Trial Act calculations, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

DATED: 10/20/2010

HON. DONNA M. RYU
United States Magistrate Judge

No. CR-10-00630 SBA
Order Excluding Time