MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Criminal Chief

JOHN D. COOKE (CABN 233267)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: John.Cooke@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-00630 SBA |
| ) | |
| Plaintiff, ) | STIPULATED REQUEST TO VACATE |
| ) | STATUS APPEARANCE AND TO SET |
| v. ) | CHANGE OF PLEA ON NOVEMBER 18, |
| ) | 2010 |
| JAMES JACQUOT REESOR, ) | |
| ) | |
| Defendant. ) | |
| ) | |

     This matter is set for status on November 17, 2010 before Magistrate Judge Laurel Beeler.  The parties request that the Court vacate that date and set the matter for change of plea on November 18, 2010 at 9:30 a.m.  The parties have reached an agreement pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure and will submit the proposed plea agreement to the Court at least 48 hours in advance of the requested date for change of plea.

DATED: November 8, 2010

|  |  |
|---|---|
|    /s/ John D. Cooke |    /s/ Joyce Leavitt |
| JOHN D. COOKE | JOYCE LEAVITT |
| Special Assistant United States Attorney | Counsel for James Jacquot Reesor |

STIP. REQ. TO VACATE STATUS AND TO SET CHANGE OF PLEA ON NOVEMBER 18, 2010
No. CR-10-00630 SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES JACQUOT REESOR, ) <br> ) <br> Defendant. ) <br> ) | No. CR-10-00630 SBA <br><br> [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO VACATE STATUS APPEARANCE AND TO SET CHANGE OF PLEA ON NOVEMBER 18, 2010 |

The parties jointly requested that the status conference in this matter be vacated and that this matter be set for change of plea on November 18, 2010 at 9:30 a.m.

**IT IS HEREBY ORDERED** that this matter is set for change of plea on November 18, 2010 at 9:30 a.m., and that the status appearance scheduled on November 17, 2010 is vacated.

DATED: November 12, 2010

_____
LAUREL BEELER
United States Magistrate Judge

STIP. REQ. TO VACATE STATUS AND TO SET CHANGE OF PLEA ON NOVEMBER 18, 2010
No. CR-10-00630 SBA