1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-10-00630 SBA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER GRANTING STIPULATED |
| v. | ) | REQUEST TO EXCLUDE TIME UNDER |
| | ) | THE SPEEDY TRIAL ACT TO |
| | ) | FEBRUARY 1, 2011 DATE FOR |
| JAMES JACQUOT REESOR, | ) | CHANGE OF PLEA AND SENTENCING |
| | ) | |
| Defendant. | ) | Date:  February 1, 2011 |
| | ) | Time:  10:00 a.m. |
| | ) | Court: Hon. Saundra Brown Armstrong |

18   The parties jointly requested that time be excluded under the Speedy Trial Act between
19 November 19, 2010 and February 1, 2011 to allow time for the Court to consider the proposed
20 plea agreement to be entered into by the defendant and the attorney for the government, and to
21 allow time for the preparation of a Presentence Investigation Report by the United States
22 Probation Office.  The defendant agreed that the Court may review the pre-plea Presentence
23 Investigation Report although he has not yet pleaded guilty.  Good cause appearing therefor, and
24 pursuant to 18 U.S.C. § 3161(h)(1)(G),

25   **IT IS HEREBY ORDERED** that, this matter having been set for change of plea and
26 sentencing on February 1, 2011 at 10:00 a.m., time between November 19, 2010 and February 1,
27 2011 is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. §
28

STIP. REQ. TO EXCLUDE TIME TO FEBRUARY 1, 2011 DATE FOR CHANGE OF PLEA & SENTENCING
No. CR-10-00630 SBA

3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

**IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a Presentence Investigation Report.

DATED: 11/29/10

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge