BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant JAMES REESOR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00630 SBA |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER CONTINUING CHANGE OF |
| ) | PLEA AND SENTENCING DATE; |
| ) | EXCLUSION OF TIME |
| JAMES REESOR, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea and sentencing date in this case with respect to James Reesor, currently scheduled for Tuesday, February 1, 2011, at 10:00 a.m. before Honorable Saundra Brown Armstrong, may be continued to Tuesday, March 1, 2011, at 10:00 a.m. for change of plea and sentencing. The reason for the requested continuance is that the parties have agreed upon a plea agreement under Rule 11(c)(1)(C). The United States Probation Office has prepared a pre-plea report. There are mitigating factors discussed in the pre-plea report and defense counsel would like additional time to obtain

documentation in support of the mitigation and to prepare for the change of plea and sentencing.

IT IS FURTHER STIPULATED that the time between February 1, 2011, and March 1, 2011 at 10:00 a.m. may be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel so that defense counsel can do additional investigation and obtain documentation in support of sentencing.

Counsel has spoken to United States Probation Officer John D. Woods who has no objection to the requested continuance. Mr. Woods is available on March 1, 2011 should the Court continue the change of plea and sentencing to that date.

DATED: 1/21/11         /s/
                       JOYCE LEAVITT
                       Assistant Federal Public Defender


DATED: 1/21/11         /s/
                       CHRISTINA McCALL
                       Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing in this case, currently scheduled for Tuesday, February 1, 2011, at 10:00 a.m., is hereby continued to Tuesday, March 1, 2011, at 10:00 a.m. for change of plea and sentencing.

IT IS FURTHER ORDERED that the time between February 1, 2011, and March 1, 2011 at 10:00 a.m. shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel so that defense counsel can do additional investigation and obtain documentation in support of sentencing.  The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: 1/25/11

_____
HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge

US v. James Reesor., CR 10-00630 SBA;
Stip. Continuing Sentencing                - 3 -